

**PBT**

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Caption:

Melvin Trent Walker

_____
*Full name(s) of Plaintiff(s)*

v.

Pennsylvania Depart-
ment of Transportation

_____
*Full name(s) of Defendant(s)*

**COMPLAINT
FOR EMPLOYMENT
DISCRIMINATION**

# 17    4720

CIVIL ACTION
NO. 530-2016-03789

This action is brought for discrimination in employment pursuant to (check only those that apply):

✓    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).
*NOTE: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

✓    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621-634.
*NOTE: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission, and you must have been at least 40 years old at the time you believe that you were discriminated against.*

   Americans with Disability Act of 1990, as codified, 42 U.S.C. §§ 12112-12117.
*NOTE: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

   Pennsylvania Human Relations Act, as codified, 43 Pa. Cons. Stat. §§ 951-963 (race, color, family status, religious creed, ancestry, handicap or disability, age, sex, national origin, the use of a guide or support animal because of blindness, deafness or physical handicap of the user or because the user is a handler or trainer of support or guide animals).

(Rev. 10/2009)

OCT - 2 2017

-1-

*NOTE: In order to bring suit in federal district court under the Pennsylvania Human Relations Act, you must first file a complaint with the Pennsylvania Human Relations Commission or the Philadelphia Commission on Human Relations, and then you must wait one year prior to filing a lawsuit.*

**I.    Parties in this complaint:**

A.    List your name, address and telephone number.   Do the same for any additional plaintiffs named.   Attach additional sheets of paper as necessary.

Plaintiff    Name: Melvin Trent Walker
Street Address: 2024 Chestnut Street
County, City: Dauphin County, City of Harrisburg
State & Zip: Pa 17104
Telephone Number: 717 557-3064

B.    List all defendants' names and the address where each defendant may be served.   Make sure that the defendant(s) listed below are identical to those contained in the caption on the first page.   Attach additional sheets of paper as necessary.

Defendant    Name: Pennsylvania Department of Trans. Secretary Leslie Richards
Street Address: 630 E Penn St
County, City: Bedford Pa
State & Zip: Pennsylvania    15522
Telephone Number: 717-787-2838

C.    The address at which I sought employment or was employed by the defendant(s) is:

Employer: Pennsylvania Department of Transportation
Street Address: 2140 Herr Street
County, City: Dauphin County, City of Harrisburg
State & Zip: Pa 17103
Telephone Number: 717 787-4029

**II.    Statement of the Claim**

A.    The discriminatory conduct of which I complain in this action includes (*check only those that apply to your case*):

    ✓    Failure to hire me

    ____    Termination of my employment

    ✓    Failure to promote me

-2-

_____ Failure to reasonably accommodate my disability

_____ Failure to reasonably accommodate my religion

✓ Failure to stop harassment

✓ Unequal terms and conditions of my employment

✓ Retaliation

✓ Other (*specify*): _Governors Code of Conduct Civil Rights Violations_

**NOTE:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

B.     It is my best recollection that the alleged discriminatory acts occurred or began on or about: (month) _3_ , (day) _2_ , (year) _2008_ .

C.     I believe that the defendant(s) (check one):

✓ is still committing these acts against me.

_____ is **not** still committing these acts against me.

D.     Defendant(s) discriminated against me based on my (*check only those that apply and state the basis for discrimination, for example, what is your religion, if religious discrimination is alleged*):

✓ race _Technical discrimination_     ✓ color _Equal pay grade_

_____ religion _____     _____ gender/sex _____

_____ national origin _____

✓ age     My date of birth is _1-22-67_ (*Give your date of birth only if you are asserting a claim of age discrimination*)

E.     The facts of my case are as follow (*attach additional sheets of paper as necessary*):

There has been an affidavit mailed to the PA Attorney General/Josh Shipir with copies sent. Govern Tom Wolfe of Pa and to Pennsylvania Dept of Transportation. The affidavit has not been responded to from the date of this letter. There are three employees whom are white males with higher pay grades whom have done the same job as I. There are written policies that prohibit the department from holding promotion against me when transfered by the department and re assigned to a new position. There are proceedure to be followed by The Governors Code of Conduct not followed. Copy right infringement. libel violations. And questions of Constitutionality of policies. Challenge.

**NOTE:** *As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, the Pennsylvania Human Relations Commission, or the Philadelphia Commission on Human Relations.*

III.   **Exhaustion of Administrative Remedies:**

A.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on: ___7/22/16___ (*Date*).

B.   The Equal Employment Opportunity Commission (*check one*):

   ___ has not issued a Notice of Right to Sue Letter.
   _✓_ issued a Notice of Right to Sue Letter, which I received on _7/7/17_ (*Date*).

   **NOTE:** *Attach to this complaint a copy of the Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

C.   *Only plaintiffs alleging age discrimination must answer this question.*

   Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct (*check one*):

   _✓_ 60 days or more have passed.
   ___ fewer than 60 days have passed.

D.   It is my best recollection that I filed a charge with the Pennsylvania Human Relations Commission or the Philadelphia Commission on Human Relations regarding the defendant's alleged discriminatory conduct on: __7/3/17__ (*Date*).

E.   Since filing my charge of discrimination with the Pennsylvania Human Relations Commission or the Philadelphia Commission on Human Relations regarding the defendant's alleged discriminatory conduct (*check one*):

   ___ One year or more has passed.
   _✓_ Less than one year has passed.

## IV.    Relief

**WHEREFORE**, Plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs as well as (*check only those that apply*):

    ✓   Direct the defendant to hire the plaintiff.

        Direct the defendant to re-employ the plaintiff.

    ✓   Direct the defendant to promote the plaintiff.

        Direct the defendant to reasonably accommodate the plaintiff's disabilities.

        Direct the defendant to reasonably accommodate the plaintiff's religion.

    ✓   Direct the defendant to (*specify*): Waive One year Construction Inspector minimum

    ✓   If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

    ✓   Other (*specify*): Remove Unconstitutional Suspension letter.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _29_ day of _September_, 20_17_.

Signature of Plaintiff _Melvin T Walker_
Address _2024 Chestnut St._
_Harrisburg Pa 17104_

Telephone number _717 557-3064_
Fax number (*if you have one*) _____

1  Melvin-Trent: Walker El
2024 Chestnut Street
2  Harrisburg Pennsylvania 17104
717-557-3064
3  atlasathletics@hotmail.com

4                              [COURT NAME]

5                              [JURISDICTION]

6  MELVIN TRENT WALKER,              Case No.: 530-2016-03789

7           Plaintiff,

8  vs.                              AFFIDAVIT

9  PENNSYLVANIA DEPARTMENT OF
   TRANSPORTATION,
10
           Defendant
11

12
                          Affidavit of Truth
13

14              Notice of Proposed Imposition of Sanctions

15               Notice of Demand - order to show cause
16

17                          Request for Pardon

18          Writ of Mandamus and Quo Warranto (Pre Summons)

19
                              Writ of Error
20

21                          Writ of Certiorari

22

23

24  I signed a contract with the Pennsylvania Civil Service Commission (PCSC) for a civil service posting in

25  comparison to a non-civil service posting. I had an interview with The Pennsylvania Department of Transportation

26  (PDT) and was hired as an Engineering Technician Paygrade 4. I received two letters with different probationary

periods for that job. [exhibit a, and b] One letter had a probation of six months[a], and the second letter read one
AFFIDAVIT - 1

1   year[b]. After successfully completing my probationary periods and training to be a construction inspector. I was

2   promoted to the title Transportation Construction Inspector (TCI) Paygrade 5 [exhibit c]. While working as a TCI, I

3   was told by the Construction Manager to go into the Human Resources Department for winter reassignment. This is

4   the selection of a different job as described in the AFSCME union contract that I am a member. [exhibit d table1] I

5   chose a job as a Utility Relocation Technician (URT) Paygrade 5 as ordered, and was reassigned to that opening.

6   This transfer was initiated by the Department as described by PCSC. Several months later there was a posting for

7   Highway Drafter Designer (HDD) Paygrade 6. A job I had prior experience and went to school for, in the

8   maintenance division of the PDT. I was selected after the interview for the posting. But it was determined by the

9   PCSC to be an illogical promotion between the last job title and the next and later rejected. The job was then

10   reposted and demoted to a Highway Drafter (HD) Paygrade 5 with less duties. I was then reselected, and this time

11   accepted for my third lateral job transfer at paygrade 5, my current position. With the verbal expectation of a

12   promotion to HDD at some time in the future. As my predecessors whom have formally held or hold the position

13   with the same job description. Three Caucasian males whom I personally know.

14   In regards to,

15

16   **Charge of Discrimination number 1**

17   EEOC No. 530-2016-03789

18   Against the Pennsylvania Department of Transportation

19   I claim that there is currently a violation of my Pennsylvania State and United States Federal Constitutional rights.

20   Violations of the Pennsylvania State Constitution §1. Inherent rights of mankind. All men are born equally free and

21   independent, and have certain **inherent** and indefeasible rights, among which are those of enjoying and defending

22   life and **liberty**, of acquiring, possessing and protecting property and reputation, and of **pursuing their own**

23   **happiness**.

24   §17. Ex post facto laws; impairment of contracts. No ex post facto law, nor any law impairing the **obligation of**

25   **contracts**, or **making irrevocable** any grant of special **privileges** or immunities, shall be passed.

26

AFFIDAVIT - 2

1   §26. No discrimination by Commonwealth and its political subdivisions. Neither the Commonwealth nor any

2   political subdivision thereof shall **deny** to any person the **enjoyment of any civil right**, nor discriminate against any

3   person in the **exercise of any civil right**. (May 16, 1967, P.L.1035, J.R.1) 1967 Amendment. Joint Resolution No.1

4   added present section 26 and renumbered former section 26 to present section 25.

5

6   United States Constitution, Article I [The Legislative Branch] Section 10. [Limits on States] **Article I, section 10,**

7   **clause 1**. No State shall enter into any Treaty, Alliance, or Confederation; grant Letters of Marque and Reprisal;

8   coin Money; emit Bills of Credit; make any Thing but gold and silver Coin a Tender in Payment of Debts; pass any

9   Bill of Attainder, ex post facto Law, or Law impairing the **Obligation of Contracts**, or grant any Title of Nobility.

10   United States Constitutional rights, **Article IV [The States] Section 2. [Privileges** and Immunities, Extradition,

11   Fugitive Slaves**], 5th Amendment [Grand Jury, Double Jeopardy, Self-Incrimination, Due Process (1791)],**

12   **Amendment V**. deprived of life, **liberty**, or **property**, without just compensation. 9th Amendment [Non-

13   Enumerated Rights (1791)], 14th Amendment [Privileges and Immunities, Due Process, Equal Protection,

14   Apportionment of Representatives, Civil War Disqualification and Debt (1868)], 9th Amendment [Non-Enumerated

15   Rights (1791)]

16   In the letter mailed to me from the Human Resources Department of the

17   Pennsylvania Department of Transportation dated,

18   July 21,2016

19   Dear Mr. Walker:

20   This is to advise you of the status of your application for promotion without examination

21   for the Transportation Construction Inspector Supervisor vacancy in the PENNDOT Engineering

22   District 8-0 Construction Unit.

23   Your bid for the position cannot be considered because you failed to meet one or more of the

24   following necessary criteria listed on the posting:

25   Have or had held regular Civil Service status in the next lower class (es) for a

26   minimum of one year by the closing date of the posting

AFFIDAVIT - 3

1 | Engineering District 8-0 | 2140 Herr street | Harrisburg, PA 17103-1699 | 717.787.5039

2 | After several lateral job changes, I claim that I have the rights to have been recognized and be recognized as a TCI

3 | with promotion rights. According to written policy AFL-CIO, PA CIVIL SERVICE COMMISSION and other laws.

4 | I claim technical discrimination recognized by the state and federal definitions. The Department is infringing on my

5 | Pennsylvania Constitutional inherent rights. My natural right to work, my rights to liberty, property, and happiness.

6 | My 14th Amendment right to due process. And encroaching on those rights turning my State and Federally secured

7 | rights into privileges as the Department sees fit. And by turning those constitutional rights into privileges denying

8 | my right to compete. I claim I have the right to equal protection of the law. The Department hinders my professional

9 | growth, and directly effects my current and future earning potential by eliminating me as a candidate eligible for

10 | promotion. By disregarding my previous state employment history, and disregarding the rules to be governed by

11 | according to contract. This has a domino effect on future promotions. The department is in breach of several

12 | contracts. The Federal and State constitutions, the Civil Service Commission, and Local Union contract. I claim it is

13 | illegal for Department of Human Resource Officials (management) to interfere with my applications for

14 | employment, and or promotions without probable cause. The Department is liable to loose its federal funding for

15 | discrimination against me in accord to fair and equal treatment. I have billed my hours to federally funded projects. I

16 | have 9th Amendment right to work as I see fit. Natural rights under the State and Federal constitutions that can not

17 | be regulated by government. And rights that can be subject to government restrictions within constitutional

18 | limitations. I am not in violation, the Department is in violation of contract, law, and, or statute. I am not a danger to

19 | the public, myself or any Department. I have relied on Supreme Court rulings, and The United States Federal

20 | Constitution. So I have done no willful misconduct. I can not be punished thereby. The Federal Constitution is the

21 | Supreme Law of the Land. Constitutional provisions for the security of person and property are to be liberally

22 | construed in favor of the beneficiary. It is my humble prayer for relief to be granted in my favor with prejudice.

23 | Showing due cause that relief may be granted, and no controversy shown before the court. For depravation of rights

24 | initiated by The Department's Human Resources Division and its agents whom sign rejection correspondence, and

25 | for past and future monetary damages.

26 |

AFFIDAVIT - 4

**Charge of Discrimination number 2**

Rights to promotion from Highway Drafter Paygrade 5 to Highway Drafter Designer Paygrade 6 in District 8-0. I claim that I am working out of class. And should be the same paygrade as my predecessors, and current peers. With back pay for working out of class. All Highway Drafter Designers referenced have been, or are GIS Operators as their job descriptions. There has been two coworkers in the Maintenance Division of District 8-0 that previously held my position, and were promoted to Paygrade 7 after being GIS operators grade 6. And currently another Highway Drafter Designer Paygrade 6, in the construction Division of District 8-0 with the same job description as I. All whom are three Caucasian males. I claim that I am currently being denied the right to promotion. I claim that the Department and its supervisors are allowed to rewrite job descriptions at liberty after you are hired. And as duties may change, or increase, the Department may not adjust the Paygrade if its Agents so decide. I claim that the Department can promote me without competition within PACS guidelines to that next paygrade. And be in accordance with the previous trend of GIS Operators listed as Highway Drafter Designers Paygrade 6's. I claim that I requested a promotion at employee evaluations. I claim it is the ethical duty for the department to raise my Job title in accordance with past employees whom held my current position. I claim a supervisor can pick and choose whom they want to pay out of class by two paygrades and have done so. Within their own discretion with the cooperation of the Human Resources Department. I claim that the Departments policies work in an arbitrary and capricious manner. I claim that it is willful misconduct not to promote me to the next grade level with back pay in accordance with prior Highway Drafter Designers in my unit. A thing is 'impracticable' to do when it is infeasible or incapable of being done, promoting me in accordance to Department trend in regards to paygrade is not impracticable. I claim the Department uses willful misconduct within its hiring practices for Civil Service postings. I claim that the Human Resources Department evades written policy for PA Civil Service Job Postings. I claim EEOC age based, equal pay discriminatory violations. Including race, color, gender, and request back pay with promotion to the next comparable paygrade. I have 9th Amendment right to work as I see fit. Non-Enumerated Rights natural rights under the State and Federal constitutions that can not be regulated by government. And rights that can be subject to government restrictions within constitutional limitations. I am not in violation, the Department is in violation of contract, law and, or statute. I am not a danger to the public, myself or any Department. I have relied on Supreme Court rulings,

AFFIDAVIT - 5

1    and The United States Federal Constitution. So I have done no willful misconduct. I can not be punished thereby.

2    The Federal Constitution is the Supreme Law of the Land. It is my humble prayer for relief to be granted in my

3    favor. Showing due cause that relief may be granted, and no controversy shown before the court.

4

5    Writ of certiorari

6    **Charge of Discrimination number 3**

7    **Federal Rules of Civil Procedure › TITLE II. COMMENCING AN ACTION; SERVICE OF PROCESS,**

8    **PLEADINGS, MOTIONS, AND ORDERS › Rule 5.1. Constitutional Challenge to a Statute. I Melvin Walker**

9    **herby gives notice that I claim to challenge the constitutionality of "The Commonwealth of Pennsylvania**

10   **Governors Code of Conduct" under its current supervision by current Governor Tom Wolfe, as written by**

11   **then governor of 1984, as used and asserted by the Pennsylvania Department of Transportation and its**

12   **application against me the plaintiff and its Agency major and minor written work rules constitutionality. The**

13   **Human Resources Department, Office of Chief Council and its representatives, Office of Administration and**

14   **all notified agents, lawyers, and persons written and or electronically notified in the disciplinary action letter,**

15   **against Melvin Walker. There is no judicial immunity to be implied when in violation of constitutional rights.**

16   I request the removal of the Major work rule violation from my Permanent Personnel file. Malicious prosecution

17   under the Fourth Amendment. And exonerated in accordance to proposed bill by Pennsylvania state Sen. Stewart

18   Greenleaf that would allow the wrongfully convicted to be given $50,000 for each year. The Innocence Project says

19   the recommended federal standard is up to $63,000 per year. I claim that the file in my Permanent Personnel Record

20   is unconstitutional because, part is constitutional, and part isn't, so the whole being unconstitutional. I claim that I

21   am being treated in a discriminatory manner and all liberty in regards taken away. I claim the right to protect my

22   reputation. And exoneration of my name that is my property used and gathered in a malicious way. The Department

23   continues to infringe and encroach on my Pennsylvania Constitutional Rights. Violation of Pennsylvania State

24   Constitution §1. Inherent rights of mankind. §6. Trial by jury. §7. Freedom of press and speech; libels. §10.

25   Initiation of criminal proceedings; twice in jeopardy. §13. Bail, fines and punishments. §15. Special criminal

26   tribunals. No commission shall issue creating special temporary criminal tribunals to try particular individuals or

AFFIDAVIT - 6

1  particular classes of cases. (May 16, 1967, P.L.1035, J.R.1) §17. Ex post facto laws; impairment of contracts. §26.

2  No discrimination by Commonwealth and its political subdivisions. I claim that the Governor should be the

3  protector of my constitutional rights and liberties, and should use due diligence not to breech his oath of office. I

4  also claim violations of my Federal Constitutional rights, **Article I** [The Legislative Branch] Section 8. [Scope of

5  Legislative Power] and Section 10. [Limits on States], **Article IV** [The States] Section 2. [Privileges and

6  Immunities, Extradition, Fugitive Slaves], **4th Amendment** [Search and Seizure (1791)], **5th Amendment** [Grand

7  Jury, Double Jeopardy, Self-Incrimination, Due Process (1791)], **6th Amendment** [Criminal Prosecutions - Jury

8  Trial, Right to Confront and to Counsel (1791)],  **7th Amendment** [Common Law Suits - Jury Trial (1791)],  **8th**

9  **Amendment** [Excess Bail or Fines, Cruel and Unusual Punishment (1791)],  **9th Amendment** [Non-Enumerated

10  Rights (1791)], **13th Amendment** [Abolition of Slavery (1865)], **14th Amendment** [Privileges and Immunities, Due

11  Process, Equal Protection, Apportionment of Representatives, Civil War Disqualification and Debt (1868)],    I

12  claim that my 14th Amendment right to due process was and  still is being violated. I claim that the state has

13  responsibility to follow the due process of law procedurally, and substantively. I claim that the Department denied

14  me procedural due process.  I claim that the state must provide a hearing before an impartial judicial officer. I claim

15  that the judge in this matter a usurper, a member of the Human Resources Department the charging party and the

16  judge without title, is incapable of being an impartial party for a Department employee. I claim that after the

17  outcome of the Department's investigation, they decide to take away my secured liberty, and after a future a ruling

18  in a court of law in the 12 Judicial District in Dauphin County they were notified and did not fix the infringement on

19  record. I claim that I was exonerated of that charge. I claim that written policy directs the Department to restore my

20  pay after a suspension and exoneration. I claim that it is willful misconduct to empower the department not to follow

21  court rulings. I claim that I was entitled to have a lawyer to represent me or assist me with counsel and I did not

22  receive that entitlement. I claim that the use of a union steward not being a lawyer ineffective as counsel and only an

23  observant of the process. I claim I have the right to present evidence and argue orally. I claim I have the right to

24  examine materials and or confront and or cross examine adverse witnesses. I claim I have the right to get witnesses

25  in my favor. I claim the Department used hearsay evidence against me. I claim that the Department arbitrarily

26  changes the work rules. I claim my job as a drafter does not require a driver's license. I claim that there is a

AFFIDAVIT - 7

1   Management Directive for Traveling. I claim I was not or ever have been in violation of that Directive. I claim that

2   the Department deemed I must have a drivers license to travel. I claim that is unconstitutional. I claim that I was

3   accused of driving without a license on my time off. I claim I was exonerated of that charge in a lawful judicial

4   proceeding. I claim I don't need a license to travel. I claim that if the state charges a fee and issues a license for a

5   constitutional secured liberty I can ignore the license and fee and continue in the activity with impunity. Meaning

6   that the state constitutionally shall not punish me. I claim that the Department is in violation of Pennsylvania court

7   ruling that work rules are not law. I claim that the Department has committed fraud by charging me with a crime that

8   is not in Title 75 of the vehicle code, and fined my pay. I claim this fraud used the United States Postal System. I

9   claim that is a violation of my 9th Amendment right, my natural rights of commerce, and the Department has scuttled

10  and prohibited that amendment by suspending me without pay, property and labor an economic rights. And my

11  liberty to contract without arbitrary and capricious regulations. This is violation of the Department's duty to the

12  provisions in which it was created, "THE ADMINISTRATIVE CODE OF 1929" and the constitutions [Limits on

13  States] Article I, section 10, clause 1. No State shall make any laws or Law impairing the Obligation of Contracts. In

14  Pennsylvania Title 13 of the Commercial Code. The Department has punished me ignoring its obligation, stopping

15  my 9th Amendment [Non-Enumerated Rights], these natural rights in the Section 1. named by the State of

16  Pennsylvania to be **Inherent rights of mankind. All men are born equally free and independent, and have**

17  **certain inherent and indefeasible rights, among which are those of enjoying and defending life and liberty, of**

18  **acquiring, possessing and protecting property and reputation, and of pursuing their own happiness.** With

19  daily threats of termination using its powerful abilities of coercion for signatures under duress in my personnel file. I

20  have since signed UCC1-308 all rights reserved on Department papers with autograph. The Department is now in

21  the practice of electronic signatures after mandatory readings to halt those reservations and that ability, becoming

22  common place inflicting further duress. All known agencies under the Governors Jurisdiction are directed to act

23  under direction of this unconstitutional contract being the Governors Code of Conduct in an unconstitutional manner

24  if so decided from the choices given. I claim that the Department and its agents have acted in an arbitrary and

25  capricious manner, and mixed the Instruments directions to be followed. And also by using it in that direction is in

26  violation of its own unconstitutional Code, liberally executing, and construing policies as the Department sees fit. In

AFFIDAVIT - 8

1  an arbitrary and capricious reckless manor in an evil motive to evade a legally known obligation and duty. Turning

2  my constitutional secured rights and liberties into privileges, using willful misconduct, and in abuse of its police

3  powers as it applies to the Department. I claim that I was fined by the Department above the legal limit, 15 U.S.

4  Code § 1673 - Restriction on garnishment (c)  Execution or enforcement of garnishment order or process prohibited.

5  No court of the United States or any State, and no State (or officer or agency thereof), may make, execute, or

6  enforce any order or process in violation of this section. With a suspension without three fifths of pay is in violation

7  of this act. I claim that the Governors Code of Conduct written policy is unconstitutional, an abuse of power and a

8  breach of the sworn oath of office. In accordance to the State elected position held, and the oath and affirmation

9  sworn by the Governor to the Commonwealth of Pennsylvania's and its citizens to uphold the Pennsylvania

10  Constitution, and the Constitution of the United States of America sworn to adhere. It is an attempt and successful

11  evasion of duties sworn to the constitutions by oath, entering legislative fiat to be used on a case by case basis.

12  Directly in conflict with the prohibited act of the Commonwealth Constitution and Special Criminal Tribunals.

13  Appointing Usurpers to trial of fact and hold trial of a case(s), judge, jury and prosecutor(s). Using here say

14  evidence, and permission to act in accordance. Evidence not certified, or admissible in a court of law, ignoring due

15  process of law under the 14th Amendment. In violation of 18 Pa.C.S. Section 9183 subject to civil liability. Using

16  unreasonable search and seizures are a violation of my Civil liberties, these are the partial causes of action by me the

17  plaintiff. With the persistent threat of termination in my personal file. A cruel and unusual punishment. The policies

18  and freedom granted to the Department enables abuse of its police powers. And are a detriment to me as a

19  Pennsylvania Commonwealth State Worker employed by the Department, The Pennsylvania Civil Service, and

20  Local Union. These acts are repugnant to the Federal constitution and void of law. I claim I have the right to protect

21  my reputation, my Inherent Rights of Mankind, referred to in Section 1 of the Pennsylvania Constitution, when

22  abused by a state agency and that right infringed, I am the beneficiary of the contracts. These contract are to be ruled

23  in favor of the beneficiary. One Federal Judge can determine the validity of a statue or municipal ordinance by

24  declaratory judgement (The Federal Declaratory Judgement Act), 16 AM Jurisprudence 2nd Addition, Constitutional

25  Law, Section 177. I claim I have the right to ask for a declaratory judgement. If part of a law is constitutional and

26  another part of it unconstitutional the whole law is unconstitutional. There are no degrees of constitutionality. 16

AFFIDAVIT - 9

1    AM Jurisprudence 2nd Addition, Constitutional Law, Section 260. I have 9th Amendment right to work as I see fit

2    to contract my labor, my property, and my skills. Natural rights liberties under the State and Federal constitutions

3    that can not be regulated by government. And rights that can be subject to government restrictions within

4    constitutional limitations under the 14th Amendment. I am not in violation, the Department is in violation of

5    contracts, law, ordinance, and, or statute. I claim fraud with the Departments published findings as it seen fit for

6    public inspection forwarded to the Civil Service Commission for public inspection. I have not been compensated for

7    its public use. I have the right to just compensation if the state takes my property for public use using its powers of

8    eminent Public Domain. I am not a danger to myself, nor the public, or fall under the Department's need to secure a

9    public interest due to dangers... I have relied on Supreme Court rulings, and The United States Federal Constitution

10    in my reasoning. So I have done no willful evil deed, deemed to be misconduct. I can not be punished thereby. The

11    Department and its Agents have no immunity or valid legal defense, when conspiring depravation of rights. The

12    Federal Constitution is the Supreme Law of the Land. My humble prayer for relief be granted in my favor with

13    prejudice. Showing due cause that relief may be granted, and no controversy shown before the court.

14    There are limited exceptions to res judicata that allow a party to attack the validity of the original judgment, even

15    outside of appeals. These exceptions—usually called collateral attacks—are typically based on procedural or

16    jurisdictional issues, based not on the wisdom of the earlier court's decision but its authority or on the competence of

17    the earlier court to issue that decision.

18    In addition, in matters involving due process, cases that appear to be res judicata may be re-litigated. An example

19    would be the establishment of a right to counsel. People who have had liberty taken away (i.e., imprisoned) may be

20    allowed to be re-tried with a counselor as a matter of fairness.

21    Practicing law without admission to the bar is a third degree misdemeanor under 42 Pa.C.S.A. 2524

22    **Charge number 4**

23    **Federal Rules of Civil Procedure › TITLE II. COMMENCING AN ACTION; SERVICE OF PROCESS,**

24    **PLEADINGS, MOTIONS, AND ORDERS › Rule 5.1. Constitutional Challenge to a Statute. I Melvin Walker**

25    **herby gives notice that I claim to challenge the constitutionality of "The Unconstitutionality of the**

26    **Commonwealth of Pennsylvania's Constitution of §7. Freedom of press and speech; libels"**

AFFIDAVIT - 10

**Constitutionality. The provisions of section 7 relating to criminal libel were declared unconstitutional by the Supreme Court of Pennsylvania in Commonwealth v. Armao, 446 Pa. 325, 286 A.2d 626 (1972).**

I claim this is reviewable by a court of competent jurisdiction. I claim I should receive just compensation for its public use, due to improper application of the prescribed punishments being the Governors Code of Conduct, being unusual and cruel, also fraudulent by misrepresentation of facts, writing legislative fiat into law, punishing me thereby. Forwarding sworn statements governed by constitutionally void doctrine. Malicious prosecution under the Fourth Amendment. Sworn to be true for its public inspection by the Commission as directed by the Department. This notice goes above and beyond the current legal system and certified criminal history provided by the Pennsylvania State Police or public information provided by the Dauphin county online records system of the Pennsylvania court System. Infringement and encroachment includes violations of the **Pennsylvania Constitution** § 1. Inherent rights of mankind. § 6. Trial by jury. § 7. Freedom of press and speech; libels. § 8. Security from searches and seizures. § 9. Rights of accused in criminal prosecutions. § 10. Initiation of criminal proceedings; twice in jeopardy; eminent domain. § 15. Special criminal tribunals. § 17. Ex post facto laws; impairment of contracts. § 26. No discrimination by Commonwealth and its political subdivisions. And the **Federal Constitution** Article 4, Article 6, Amendment 4, Amendment 5, Amendment 6, Amendment 7,  Amendment 8, 5 papers and writings.

 And blatant abuse of its police powers. Willful misconduct by was of a known legal obligation, with an evil intent to harm my reputation by way of ignoring written policy punishments provided by the Governors Code of Conduct. By way of fraud, not following the written policy ordered by the Governor of Pennsylvania from1984 created by then Pennsylvania Governor Thornburg. And upheld by Governors after his term in office. By review of its notified agents and given consent to publish in bad faith not in accordance with written policy. Causing monetary loss. And mental stress daily, because of the action by the Department for public review, suspension without pay. And the continued placement in my permanent personnel file. Acting against me in an arbitrary and capricious manner, not according to policy. This is a depravation of rights. I believe that everyone else in state employment by the Commonwealth has been afforded. Sending notice to me through the US Postal Service by way of certified mail. I have the right to protect my reputation, I have the right to acquire property and that property is my name. I have the

AFFIDAVIT - 11

1   right to own my writings, which is my name that has been trademarked and copyrighted. My writing has been sent

2   to the library of congress and recorded. I have the right to be justly compensated for my property when taken by the

3   state and used for public use. I have not given the Department permission to use my intellectual property in that

4   way, nor have I been compensated. It is not Federally unconstitutional to request relief for this libel malicious evil

5   act of willful misconduct. There is no immunity when you willfully violate some ones constitutional rights. Or when

6   the Department and its agents conspire to deprive me of my rights. I request the exoneration of my name on a yearly

7   basis as the fee. It is involuntary servitude. I am at liberty to contract and sell my property my name. The opposite of

8   liberty has been said to be slavery. I claim that I am being deprived of my liberty. These are violations of my

9   constitutional secured rights. No state shall convert a Constitutional secured liberty into a privilege.

10   I have 9th Amendment right to work as I see fit. Natural rights under the State and Federal constitutions that can not

11   be regulated by government. And rights that can be subject to government restrictions within constitutional

12   limitations. My 14th Amendment right to due process and equal protection of the law. And conspiracy to deprive me

13   of my rights by officials notified by letter in variance of policy. I claim discrimination by the Department. And the

14   construction of the information used in the letter of evil intent. Construction not in accordance to policy. I am not in

15   violation, the Department is in violation of contract, law and, or statute. I am not a danger to the public, myself or

16   any Department. I have relied on Supreme Court rulings, and The United States Federal Constitution. So I have done

17   no willful misconduct. I can not be punished thereby. The Federal Constitution is the Supreme Law of the Land. The

18   constitution is be ruled in favor of the beneficiary. It is my humble prayer for relief to be granted in my favor with

19   prejudice. Showing due cause that relief may be granted, and no controversy shown before the court.

20   There are limited exceptions to res judicata that allow a party to attack the validity of the original judgment, even

21   outside of appeals. These exceptions—usually called collateral attacks—are typically based on procedural or

22   jurisdictional issues, based not on the wisdom of the earlier court's decision but its authority or on the competence of

23   the earlier court to issue that decision.

24

25   **Charge number 5**, Cease and Desist use of property where not lawfully granted.

26   Copyright and trademark infringement of the name, MELVIN TRENT WALKER and derivatives thereof.

AFFIDAVIT - 12

1   I claim the right to secure my writings, and my property. The name referenced is property of a Living Trust.

2   Currently under agreement with, The Grantor; Melvin-Trent; Walker El, through the Peace and Friendship Treaty

3   recognized by the Commonwealth, one of the oldest treaties to note. Expressing and delivering full rights to liberty,

4   citizenship, and my family name.

5   I request that the Department Cease and Desist, the use of my name where I have not granted its use. Namely in my

6   permanent personnel file record. Placed as a record in an arbitrary and capricious manner, by the Department and its

7   agents. Causing harm monetarily, in an unconstitutional way. I claim copyright infringement now and in the past. I

8   claim that copyright infringement may be subject to penalties up to $100,000.00 per violation. I claim with its

9   continued use, the Department agrees to pay the sums. I claim this name is my property. Registered with the

10  Department of State, and copyrighted and sent to the Library of Congress. I claim that you have now been given fair

11  notice. I have 9th Amendment right to work as I see fit. Natural rights under the State and Federal constitutions that

12  can not be regulated by government. And rights that can be subject to government restrictions within constitutional

13  limitations. I claim my writings are my secured constitutional liberty to make posses and own and defend. I claim

14  the 14th Amendment right to due process. I claim depravation of my rights and the unlawful use and possession of

15  my property. I claim that I have not been granted equal protection of the law. I am not in violation, the Department

16  is in violation of contract, law and, or statute. I am not a danger to the public, myself, or any Department. I have

17  relied on Supreme Court rulings, and The United States Federal Constitution. So I have done no willful misconduct.

18  I can not be punished thereby. The Federal Constitution is the Supreme Law of the Land. My humble prayer for

19  relief be granted in my favor. Showing due cause that relief may be granted, and no controversy shown before the

20  court.

21

22  Writ of Error

23  **Charge Number 6**

24  **Federal Rules of Civil Procedure › TITLE II. COMMENCING AN ACTION; SERVICE OF PROCESS,**

25  **PLEADINGS, MOTIONS, AND ORDERS › Rule 5.1. Constitutional Challenge to a Statute. I Melvin Walker**

26  **herby gives notice that I claim to challenge the constitutionality of "Pa Title 75 vehicle Code and the fees**

AFFIDAVIT - 13

1    **charged to Travel and the inspection sticker."** I claim that a law or statue determined to be unconstitutional is

2    eligible for reimbursement for the fees and fines paid. Malicious prosecution under the Fourth Amendment.

3    Void Judgement: 12th Judicial District of the Commonwealth of Pennsylvania v. MELVIN WALKER

4    DOCKET Number: CP-22-CR-0001252-1990; CASE/DOCKET# 1252 CD 90; CHARGE C-180184-4. TITLE 75

5    Pa.C.S. 7122(3). [exhibit.. Affidavit is of District Attorney as the witness, and prosecuting attorney. Void

6    judgement, grounds; Trinsey v Pagliaro, An attorney for the plaintiff cannot admit evidence into the court. He is

7    either an attorney or a witness. The District Attorney is not a competent witness. And cannot be a witness and

8    prosecute a case on affidavit or brief. The "Statement of Counsel in Brief or Argument are not sufficient for motion

9    to dismiss or for summary judgement." There is a lack of record being brought before the District Justice, "No

10    record of arrest or presentment before District Justice 12-2-02 Kenneth A. Lenker in office (2009-to present) Prior

11    District Justice Steven M. Semic, Swatara Twp. (Ward 1-3) Highspire Boro and Steelton Boro. 102 Agnes Street

12    Harrisburg PA 17104. Phone Telephone: 717-939-6996." Steelton Police Right To Know no arrest record on file.

13    This is the record of the attempt to gather requested items by Pennsylvania Board of Pardons, has been made.

14    Certified copies of referenced court cases purchased at 12th Judicial District Clerk of Courts Dauphin County Court

15    House, and related agencies. Researched and honest attempt to retrieve all requested info requested by the board.

16    NON-INCARCERATED APPLICANT FILING INSTRUCTIONS; Pennsylvania Board of Pardons, Application

17    Number 43497. And or I request for Governor of Pennsylvania Pardon.

18    I claim encroachment of my Pennsylvania Constitutional right to bear arms due to this unconstitutional act to restrict

19    my right to travel freely and unencumbered pursuant to Shipiro v Thompson. And the unconstitutional act that the

20    state is charging a fee for a constitutional secured liberty and declaring it's a crime if I do not pay the fee for the

21    document. I claim that I have the constitutional right to ignore the fee and operate in the activity with impunity. I

22    claim that the misdemeanor prohibits my second amendment right. I claim through that contract the right shall not

23    be infringed. A nonviolent deemed charge. I claim that I have relied on the Constitution and Supreme Court rulings

24    for those claims. I claim that an act determined to be unconstitutional may have fines and fees reimbursed. Art

25    Article 1, Section 21, and 2nd Amendment of the United States Constitution. And violated Ex Post Facto Laws;

26    Section 17 of the Pennsylvania State Constitution, and Federal Constitution Ex Post Facto Law. I claim Title 75

AFFIDAVIT - 14

1    unconstitutional. I claim I have the right to ask under 16AM Jurisprudence Constitutional Law 2nd Addition Section

2    177 for a constitutional determination. An unconstitutional act is unconstitutional from the date of the act, not

3    merely from the date determined in a court of law. I am not in violation, the Department's vehicle code is currently

4    in violation of my constitutional rights. I am not a danger to the public, myself or the Department. I have relied on

5    Supreme Court rulings, and The United States Federal Constitution, and the Pennsylvania Commonwealth's

6    Constitution. So I have done no evil deed. I can not be punished thereby. The Federal Constitution is the Supreme

7    Law of the Land. My humble prayer for relief be granted in my favor. Showing due cause that relief may be granted,

8    and no controversy shown before the court.

9    There are limited exceptions to res judicata that allow a party to attack the validity of the original judgment, even

10    outside of appeals. These exceptions—usually called collateral attacks—are typically based on procedural or

11    **jurisdictional issues**, based not on the wisdom of the earlier court's decision but its authority or on the competence

12    of the earlier court to issue that decision.

13

14    **Charge number 7**

15    Peace and Friendship Treaty and reservation of rights. UCC-1-308

16    I have 9th Amendment right to work as I see fit. Natural rights under the State and Federal constitutions not to be

17    regulated by government. And rights that can be subject to government restrictions within constitutional limitations.

18    I am not in violation, the Department is in violation of Treaty, contract, law and, or statute. I am not a danger to the

19    public, myself or the Department. I have relied on Supreme Court rulings, and The United States Federal

20    Constitution, and the Pennsylvania Commonwealth's Constitution. So I have done no evil deed. I can not be

21    punished thereby. The Federal Constitution is the Supreme Law of the Land. My humble prayer for relief be granted

22    in my favor. Showing due cause that relief may be granted, and no controversy shown before the court.

23

24    **Charge number 8**

25    If the Department continues to infringe, and encroach, and violate my Civil Constitutional rights, as however

26    unlawfully deemed. Without just constitution cause, it accepts, and agrees to be subject to the rights granted by the

AFFIDAVIT - 15

people. Malicious prosecution under the Fourth Amendment. And at risk of losing its Charter for non-performance. I

Walker El: Melvin-Trent , am the beneficiary of the Constitutions, and it is to be ruled in favor of me, the non-

preparer. United Nations, Universal Declaration of Human Rights also implied. So previously decided within the

12th Judicial District of the Commonwealth of Pennsylvania, rulings noted. This Pre Summons letter, thought to

include all constitutional infringements and encroachments. You are hereby given prior notice, and served, without

any threat, or mal intent to be implied, against the State or representatives of Pennsylvania. I have accepted the,

**"JOURNAL OF THE HOUSE OF REPRESENATIVES OF THE COMMONWEALTH OF**

**PENNSYLVANIA FOR THE SESSION BEGUN AT HARRISBURG ON THE THIRD DAY OF JANUARY,**

**1933 (PART IV), April 17th, 1933. Resolution No. 75. Printers No. 1034. Adopted May 4th, 1933." Library of**

**Congress stamp that bears the date November 16, 1934.**

**There are limited exceptions to res judicata that allow a party to attack the validity of the original judgment,**

**even outside of appeals. These exceptions—usually called collateral attacks—are typically based on**

**procedural or jurisdictional issues, based not on the wisdom of the earlier court's decision but its authority or**

**on the competence of the earlier court to issue that decision.** In regards to the 10th Amendment within areas of

delegated powers expressed or implied, this amendment does not reduce the powers of the United States, the Federal

Union only has powers expressed to it and reasonably implied from powers granted. While each state has all

governmental power except such as the people by the constitution have conferred by the United States, denied to the

state are reserved to the people themselves. i.e. unconstitutional law. My Honor, I come in peace, for my humble

prayer for relief to be granted in my favor. If the Department does not agree to my request for relief, I humbly ask

that a counter offer be made in writing to settle this Civil complaint made by myself against the Department, as soon

as possible. I currently request a reply of all charges and offers within ten days. In an effort to avoid any further

legal action I may have to pursue against the Department. I humbly request that my prayer for relief be granted in

my favor, showing due cause that relief may be granted with prejudice for summary judgement, and no controversy

shown before the Agency or future court proceedings. To be Summons [Form 41] AM Jurisprudence.

Nulla poena sine lege (Latin for "no penalty without a law") is a legal principle, requiring that one cannot be

punished for doing something that is not prohibited by law. This principle is accepted and codified in modern

AFFIDAVIT - 16

1   democratic states as a basic requirement of the rule of law. It has been described as "one of the most 'widely held

2   value-judgement[s] in the entire history of human thought".

3

4   [Form 42] AM Jurisprudence

5   **Writ of Mandamus and Quo Warranto**

6

7   The case came on regularly before trial before the honorable Disp Judge: Curcillo, Deborah Essis, on a nonjury trail.

8   dated 08/20/2010. The name appeared for plaintiffs council, District Attorney Edward M. Marsico assigned to;

9   Meredith Ann Taylor Supreme Court No: 205058, Phone number 717-780-6747, Address: Front & Market Streets

10  Harrisburg, PA 17101. And the name appeared of the opposing council dated 06/30/10 Pro-Se. The court heard the

11  testimony, and examined the proofs offered by the parties. The court considered its self, fully lawfully advised, in

12  the premise filed in its finding of fact, and conclusions of law, and directed that judgements be entered in accordance

13  with such findings. 12th Judicial District of the Commonwealth of Pennsylvania Dauphin County, Docket Number:

14  CP-22-CR-0005784-2009, 08/20/2010 3 75SS1501 dismissed. [Commonwealth of Pennsylvania v MELVIN

15  TRENT WALKER 09/09/2010 Amended Certification faxed to PennDOT amending Driver required to be Licensed

16  amended to Dismissed.]

17  It is my prayer for relief.

18  It is therefore ordered and for the judge to decide.  1. The defendant, the Executive(s) Governor and Secretary of

19  The Pennsylvania Department of Transportation and its agents, has violated provisions of **the Act "THE**

20  **ADMINISTRATIVE CODE OF 1929" Act of Apr. 9, 1929, P.L. 177, No. 175 Cl. 71 Article XX. Powers and**

21  **Duties of the Department of Transportation.** And its right to perpetually exist according to its Titles Articles and

22  Codes. And for which it was created. And has not upheld The Constitution of the United States, The Constitution of

23  Pennsylvania, and the General Laws that govern Pennsylvania. The defendant, The Pennsylvania Department of

24  Transportation and agents, has forfeited its Charter, and become liable to be dissolved by the abuse of its Police

25  Power.

26

AFFIDAVIT - 17

1 Defendant corporation, The Pennsylvania Department of Transportation, therefore is dissolved and the Corporate

2 rights, privileges, and franchises of defendants, are declared forfeited to the people. The Pennsylvania Department of

3 Transportation, its Trustees, Directors, Managers, and other Affiant Officers, Attorneys and Agents are forever

4 restrained in enjoying from exercising any of the Corporate Franchise's powers, rights, and privileges, previously

5 exercised by the defendants said Corporations, and from collecting or receiving any debts, and or demands

6 belonging to, and from paying out, or in any manner interfering with transferring, or delivering to any person, any of

7 the deposits, money, securities, property, and affairs or effects, of thee defendant's corporations or held by it.  The

8 Trustee to be named is the Pennsylvania Attorney General-Attorney General Josh Shapiro, but upon review may be

9 US Attorney General to be determined, is appointed to receive of all the property real and personal, things and

10 actions, and effects of the defendants said Corporations held by, invested in defendants, or in or to which defendant

11 may be in anywise interested said or entitled thereto.

12 The Plaintiff, the people of the COMMONWEALTH OF PENNSYLVANIA, ARTICLE I DECLARATION OF

13 RIGHTS Sec.2.  Political powers. All power is inherent in the people, and all free governments are founded on their

14 authority and instituted for their peace, safety and happiness. For the advancement of these ends they have at all

15 times an inalienable and indefeasible right to alter, reform or abolish their government in such manner as they may

16 think proper.  Shall recover of defendant corporation, The Pennsylvania Department of Transportation, the sum of

17 punitive damages real and personal. As cost and disbursements of this action. And the receiver is directed to pay the

18 sum to Melvin-Trent; Walker El the injured party $1,700,000.00 As cost and disbursements of this action, and the

19 receiver is directed to pay the sum to Melvin-Trent; Walker El, beneficiary.

20

21 The Constitutions are a contract in writing pursuant the statue of frauds in the Commonwealth of Pennsylvania

22 Title 13 - COMMERCIAL CODE

23

24 **Memorandum of Laws: And other believed facts sworn to**

25 Marbury v. Madison, 5 U.S. 137 (1803)

26

AFFIDAVIT - 18